JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA OLIVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOMEQ SERVICING, OLD ) <br> REPUBLIC DEFAULT ) <br> MANAGEMENT SERVICES, ) <br> WELLS FARGO BANK; AND ) <br> DOES 1 TO 100, ) <br> INCLUSIVE, <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 11-00240 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 23, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge